IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Western Division

| | | |
|---|---|---|
| United States of America | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:97CR00174-01 GH |
| | ) | |
| Shirlena Wright | ) | |
| | ) | |
|       Defendant. | ) | |
| | ) | |
| Veterans Administration. | ) | |
|       Garnishee | ) | |

GARNISHMENT ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on December 7, 2005, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, and that garnishee was indebted to the defendant in the sum of $218.00 per month for VA benefits. The defendant is indebted to the United States in the sum of $50,060.37.

The defendant agreed to a voluntary garnishment of her VA benefits and was notified of her right to a hearing and has not requested a hearing to determine exempt property.

THEREFORE, IT IS ORDERED that the Garnishee pay $218.00 per month of defendants' VA benefits and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

Said payments should be sent to **the United States District Court Clerk, 600 W. Capitol Avenue, Suite 402, Little Rock, Arkansas, 72201**.  Please write Case No. 4:97CR00174-01 on your checks for the Clerk's reference.

Dated: December 29, 2005

_____
GEORGE HOWARD, JR.
UNITED STATES DISTRICT JUDGE